**POPE McGLAMRY, P.C.**
Michael L. McGlamry*
Caroline G. McGlamry (Cal. Bar No. 308660)
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706
efile@pmkm.com
*pro hac vice forthcoming

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Diane Hunter, individually, and on behalf of those similarly situated,<br><br>    Plaintiff,<br><br>   v.<br><br>Cappello's LLC,<br><br>    Defendant. | CASE NO. **2:24-cv-02487-AC**<br><br>**CERTIFICATE OF SERVICE** |

I certify that on September 16, 2024, Adam Golden served a true and correct copy of document(s) entitled:

1)  SUMMONS IN CIVIL ACTION;

2)  COMPLAINT; and

3)  CIVIL COVER SHEET

on Cappello's LLC by serving its registered agent: The Corporation Trust Company at 1209 Orange Street, Wilmington, Delaware 19801, as evidenced by the Return of Service attached hereto as Exhibit A.


1
2  Dated: September 18, 2024
3
4                                              **POPE McGLAMRY, P.C.**
5
                                               Caroline G. McGlamry (Cal. Bar No. 308660)
6                                              Michael L. McGlamry*
                                               3391 Peachtree Road NE, Suite 300
7                                              Atlanta, GA 30326
                                               Tel: (404) 523-7706
8                                              efile@pmkm.com
                                               *pro hac vice forthcoming
9
                                               *Counsel for Plaintiff and the Proposed Class*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE                          – 2 –