## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE  9-16-24 @ 11:59 AM |
| NAME OF SERVER (PRINT) ADAM GOLDEN | TITLE  PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): REGISTERED AGENT THE CORP. TRUST CO. 1209 ORANGE ST, WILMINGTON, DE 19801

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-16-24
           Date

Signature of Server
APS INTERNATIONAL
7800 GLENROY RD
MINNEAPOLIS, MN 55439
Address of Server