**POPE McGLAMRY, P.C.**
Michael L. McGlamry*
Caroline G. McGlamry (Cal. Bar No. 308660)
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706
efile@pmkm.com
*pro hac vice forthcoming

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIANE HUNTER, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPPELLO'S LLC,<br><br>Defendant. | CASE NO. 2:24-CV-02487-AC<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>**Date: July 23, 2025**<br>**Time: 10:00a.m.**<br>**Courtroom: 26**<br>**Judge: Allison Claire**<br><br>**Action Filed: 2:24-CV-02487-AC**<br>**Trial Date:** |

1

**TO THE COURT,**

PLEASE TAKE NOTICE that on July 23, 2025, at 10:00 a.m., or as soon thereafter as this matter may be heard in the courtroom of the Honorable Allison Claire, in Courtroom 26 on the 8th Floor of the United States District Court for the Eastern District of California, Robert T. Matsui United States Courthouse, located at 501 I Street, Sacramento, California 95814, Plaintiff Diane Hunter will and hereby does move this Court, pursuant to Federal Rules of Civil Procedure 55(b)(2), for Default Judgment against Defendant Cappello's LLC.

This motion is based on the concurrently filed Memorandum of Points and Authorities in Support of Motion for Default Judgment, and upon such other matters or arguments as may be presented to the Court at the time of the hearing.

This motion is made following the Clerk's Entry of Default against Defendant. (See ECF No. 12.)

Dated: May 23, 2025

                                           Respectfully submitted,

                                           **POPE McGLAMRY, P.C.**
                                           */s/ Caroline G. Mcglamry*
                                           Caroline G. McGlamry (Cal. Bar No. 308660)
                                           Michael L. McGlamry*
                                           3391 Peachtree Road NE, Suite 300
                                           Atlanta, GA 30326
                                           Tel: (404) 523-7706
                                           efile@pmkm.com
                                           **pro hac vice forthcoming*

                                           *Counsel for Plaintiff and the Proposed Class*