Docusign Envelope ID: 04C61EB0-A28D-4CA8-B30E-989E44A73EE8

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE HUNTER, individually, and on behalf of those similarly situated,<br><br>             Plaintiff,<br><br>      v.<br><br>CAPPELLO'S LLC,<br><br>             Defendant. | CASE NO. 2:24-CV-02487-AC<br><br>**DECLARATION OF DIANE HUNTER IN SUPPORT OF PLAINTIFF'S MOTION TO CERTIFY CLASS**<br><br>**[PLAINTIFF'S MOTION TO CERTIFY CLASS FILED CONCURRENTLY]** |

Docusign Envelope ID: 04C61EB0-A28D-4CA8-B30E-989E44A73EE8

### DECLARATION OF DIANE HUNTER

I, Diane Hunter, declare:

1. The statements made in this Declaration are based on my personal knowledge and, if called as a witness, I could and would testify thereto. I am an adult of sound mind and body.

2. I am the representative plaintiff in this class action. This Declaration is given in support of my request that the court certify this case as a class action, appoint myself as class representative, and appoint Plaintiff's counsel as class counsel.

3. I am presently, and at all relevant times concerning the facts and events in this litigation, a citizen of California.

4. During the Class Period – most recently in October 2021 – I purchased the Margherita Pizza and Cheese Pizza at the Whole Foods store located in Sacramento, California.

5. The Products have no value. Due to Cappello's misrepresentations, I was economically injured in the full amount of my purchase.

6. Prior to my purchase, I saw, read, and relied upon the Product's label.

7. I read and relied upon the health representations on the Product including "9g Net Carbs" and "14g Protein."

8. The product I purchased did not have a disclosure statement concerning the high levels of saturated fat.

9. The information and guidance contained in the disclosure statement was material and would have impacted my purchasing decision.

– 1 –

Docusign Envelope ID: 04C61EB0-A28D-4CA8-B30E-989E44A73EE8

10.     I understood these representations to mean that the Product was healthy, healthful, better for me, conducive to health, and a healthier alternative to the competition.

11.     I further understood these representations to mean that the Product would not detriment health.

12.     I presently shop at grocery stores that sell Cappello's products.

13.     I plan to continue to shop at grocery stores that sell Cappello's products.

14.     I would be open to purchasing the Products in the future if I could believe the representations on the packaging and trust that the omitted information was not material.

15.     I am aware of my duties as a class representative and do not believe there is any reason why I would not be able to represent the class.

16.     I have continuously participated in the litigation process, and I am willing and able to testify at trial.

17.     I have consulted with my counsel periodically to review, discuss, and determine the actions to be taken and decisions to be made in pursuit of this case on behalf of all class members. I have reviewed and commented on pleadings. I maintain frequent contact with counsel regarding the status of this case. Based on these interactions with my counsel, I believe my counsel has fairly and adequately represented the putative classes and will continue to do so.

18.      I understand that, as a class representative, I have an obligation to assert and protect the interests of other class members and not act just for my own

personal benefit. I do not have any conflict with other class members. I will do my best to protect the interests of other class members and will fairly and adequately represent the class to the best of my ability.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of May, 2025 at Stockton, California.

DocuSigned by:

DF41BF277EA741E...

Diane Hunter