UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE HUNTER,<br><br>           Plaintiff,<br><br>     v.<br><br>CAPPELLO'S LLC,<br><br>           Defendant. | No. 2:24-cv-02487-DAD-AC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT AND FOR CLASS CERTIFICATION<br><br>(Doc. Nos. 13, 14, 30) |

      This matter is before the court on plaintiff's motions for entry of default judgment and for class certification. (Doc. Nos. 13, 14.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On December 17, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motions for certification of the default class (Doc. No. 14) and for entry of default judgment (Doc. No. 13) be denied without prejudice. (Doc. No. 30.) The magistrate judge concluded that, in keeping with the weight of persuasive authority, a plaintiff seeking class certification is not relieved by a defendant's default of the burden of proving with evidence that all Rule 23 requirements are met. The magistrate judge also found that plaintiff had not done so here and that the motion to certify the default class should be denied without prejudice to the filing of a renewed motion based on evidence obtained by plaintiff

1

through means other than the discovery phase of litigation that would normally take place had defendant not defaulted. (*Id.* at 6–11.) In addition, the magistrate concluded that because the plaintiff class had not been certified, and even if it had been judgment in favor of a Rule 23(b)(3) class cannot be entered prior to the notice and op-out period, the granting of default judgment at this time would be premature. (*Id.* at 12.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty–one (21) days after service. (*Id.* at 13.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 17, 2025 (Doc. No. 30) are adopted in full;

2. Plaintiff's motions for certification of the default class (Doc. No. 14) and for entry of default judgment (Doc. No. 13) are denied without prejudice; and

3. Should a renewed motion for default judgment to be filed it will be referred to the assigned magistrate judge class pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

IT IS SO ORDERED.

Dated: **February 16, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2